UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME COOPER,

    Plaintiff,

v.

COMMISSION OF SOCIAL SECURITY,

    Defendant.
_____/

CASE NUMBER: 16-13477
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MAJZOUB

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 21, 2017, Magistrate Judge Majzoub issued a Report and Recommendation [Doc. 29], recommending the Plaintiff's motion [Doc. 21] be **DENIED** and Defendant's motion [Doc. 26] be **GRANTED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED**.

Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

            S/Victoria A. Roberts
            Victoria A. Roberts
            United States District Judge

Dated: September 6, 2017

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 6, 2017.

S/Linda Vertriest
Deputy Clerk